UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BANK OF AMERICA, N.A.,

      Plaintiff,

v.                                                    Case No: 3:13-cv-592-J-39JBT

M/V TRIPLE THREAT, a 2005 34'
Fountain official number: 1192380, her
engines, apparel, tackle, boats,
appurtenances, etc., *in rem*,

      Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on Magistrate Judge Joel B. Toomey's Report and Recommendation (Doc. 38), entered on April 16, 2014. In the Report, Magistrate Judge Toomey recommends that Plaintiff's Motion for Entry of Final Default Judgment (Doc. 37) be granted in part, and that the Clerk of the Court be directed to enter judgment in favor of Plaintiff. No objections to the Report have been filed, and the time for doing so has passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1)(C). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8, 2007 WL 1428615, at *1 (M.D. Fla. May 14, 2007).

Upon independent review of the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge and grant the Motion. Accordingly, it is hereby

**ORDERED:**

1. Magistrate Judge Joel B. Toomey's Report and Recommendation (Doc. 38) is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Motion for Entry of Final Default Judgment (Doc. 37) is **GRANTED in part** as provided in the Report and Recommendation.

3. The Clerk is directed to enter final judgment by default in favor of Plaintiff, and against Defendant, Triple Threat, in the amount of $6,678.00.

4. Plaintiff may bid its judgment at the public sale of the Triple Threat and Plaintiff shall not be required to pay any cash or other payment unless and until its successful bid exceeds the total of its judgment against the Triple Threat.

5. Plaintiff shall file a motion for fees and/or expenses **within 14 days** of the Court's entry of judgment, pursuant to Rule 54 of the Federal Rules of Civil Procedure and M.D. Fla. Local Rule 4.18(a).

6. Plaintiff shall file a motion to schedule the sale of the Triple Threat **no later than 14 days** after the court has ruled on Plaintiff's motion for fees and/or expenses.

**DONE** and **ORDERED** in Jacksonville, Florida this 12th day of June, 2014.

BRIAN J. DAVIS
United States District Judge

bb
Copies furnished to:

The Honorable Joel B. Toomey
United States Magistrate Judge

Counsel of Record